# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146389

ROYAL ALEXANDER,
          Plaintiff-Appellee,

v

BRETT CASSIDY, ROBERT FROST,
and BLAKE HIBEN,
          Defendants-Appellants,

and

NATE GUIGER,
          Defendant.
_____/

SC: 146389
COA: 301860
Genesee CC: 09-092311-CZ

On order of the Court, the application for leave to appeal the November 29, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

d0325